FILED
CLERK, U.S. DISTRICT COURT

MAR 25 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TYLER CORCORAN, | ) | NO. CV 08-1708-DOC(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JAMES TILTON, et al., | ) | |
| Respondents. | ) | |

Pursuant to the "Order Denying Motion and Dismissing Action Without Prejudice," Petitioner's "Motion for Application for Enlargement of Time to File Writ of Habeas Corpus" is denied and this action is dismissed without prejudice.

DATED: _March 23_, 2008.

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE